IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND MURRAY** as the personal representative of the estate of Christopher Murray, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **CIVIL ACTION NO. 19-300-CG-B** ) |
| **SHANE THORNTON** | ) ) ) |
| Defendant. | ) |

## ORDER

Counsel for the parties notified the court that this action has settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within forty-five (45) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this 6th day of July, 2020

      /s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE